**People of the State of Illinois, Plaintiff-Appellee, v. Edward Pinkston and Sylvester Lewis, Defendants-Appellants.**

Gen. No. 53,182.

First District, Third Division.

July 2, 1970.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Herbert Becker, Norman W. Fishman and James J. Doherty, Assistant Public Defenders, of counsel), for appellants; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Paul P. Biebel, Jr., Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE DEMPSEY. Not to be published in full.